UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

KENNETH D. HUTTON,

Plaintiff,

v.

AMERICAN AXLE & MANUFACTURING, INC.
and METALDYNE M&A BLUFFTON, LLC,

Defendant.

Case No: 1:20-cv-00126-HAB-SLC.

Honorable Holly A. Brady

Magistrate Judge Susan L. Collins

_____/

| | |
|---|---|
| THEISEN & ASSOCIATES, LLC<br>By:  John C. Theisen (549-02)<br>     Nathaniel O. Hubley (28609-64)<br>Attorneys for Plaintiff<br>810 S. Calhoun Street, Suite 200<br>Fort Wayne, IN  46802<br>(260) 422-4255<br>nhubley@theisen-associates.com<br>jtheisen@theisen-associates.com | KIENBAUM HARDY VIVIANO<br> PELTON & FORREST, P.LC.<br>By:  William B. Forrest III<br>     Sonja Lengnick<br>Attorneys for Defendants<br>(admitted *pro hac vice*)<br>280 N. Old Woodward Ave., Suite 400<br>Birmingham, MI  48009<br>(248) 645-0000<br>wforrest@khvpf.com<br>slengnick@khvpf.com |

_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

Plaintiff and Defendants stipulate to dismiss Plaintiff's action in its entirety with prejudice and without costs or attorneys' fees.

So stipulated:

| | |
|---|---|
| THEISEN & ASSOCIATES, LLC | KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. |
| By:*/s/ John C. Theisen (w/consent)* | By: */s/ Sonja Lengnick* |
| John C. Theisen (549-02) | William B. Forrest III |
| Nathaniel O. Hubley (28609-64) | Sonja L. Lengnick |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 810 S. Calhoun Street, Suite 200 | 280 N. Old Woodward Ave., Ste. 400 |
| Fort Wayne, IN  46802 | Birmingham, MI  48009 |
| (260) 422-4255 | (248) 645-0000 |
| nhubley@theisen-associates.com | slengnick@khvpf.com |
| jtheisen@theisen-associates.com | |

Dated: May 28, 2021
415265